**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-1457-PHX-NVW |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Teresa Ernestina Gomez, | |
| Defendant. | |

On February 18, 2015, Defendant appeared before this Court on a petition to revoke conditions of release and submitted the issue to the Court. The Court considered the information provided to the Court in determining whether Defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that Defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant as required or the safety of the community. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 18th day of February, 2015.

_____
Honorable Eileen S. Willett
United States Magistrate Judge